AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

DEC 25 2019

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Josue Aldair Castillo-Ramirez

AKA:

IAE  YOB: 1998
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-3157-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 23, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Josue Aldair Castillo-Ramirez was encountered by Border Patrol Agents near Abram, Texas on December 23, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 23, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on May 6, 2019, through Hidalgo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 25, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/Jose Diaz
Signature of Complainant

Jose Diaz
Printed Name of Complainant

December 25, 2019          3:46 p.m.
Date

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Peter E. Ormsby*
Signature of Judicial Officer